1  KRISTINA L. HILLMAN, Bar No. 208599
   ZACHARY D. ANGULO, Bar No. 339743
2  WEINBERG, ROGER AND ROSENFELD
   A Professional Corporation
3  1375 55th Street
   Emeryville, California 94608
4  Telephone (510) 337-1001
   Fax (510) 337-1023
5  E-Mail: courtnotices@unioncounsel.net
           khillman@unioncounsel.net
6          zangulo@unioncounsel.net

7  Attorneys for Plaintiffs

8  NICOLE R. MCATEE, Bar No. 288700
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
9  400 South Hope Street 1200
   Los Angeles, CA 90071
10 Telephone (213) 239-9800
   Fax (213) 239-9045
11 E-Mail: Nicole.mcatee@ogletree.com

12 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARBORWORKS, LLC, a California limited liability company,<br><br>            Defendants. | No. 3:22-CV-06745-JST<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:22-CV-06745-JST

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS the Parties by and through their respective counsel notified the Court of a settlement in the above-captioned case (Dkt. 14),

WHEREAS the Court ordered the Parties to file a dismissal with prejudice or joint status report by June 16, 2023 (Dkt. 19),

**IT IS HEREBY STIPULATED AND PROPOSED BY THE PARTIES HERETO AS FOLLOWS:**

The Parties by and through their respective counsel hereby request a dismissal of the above-captioned matter with prejudice, with each of the Parties to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: May 2, 2023

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */S/ ZACHARY D. ANGULO*
KRISTINA L. HILLMAN
ZACHARY D. ANGULO
Attorneys for Plaintiffs

Dated: May 2, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */S/ NICOLE R. MCATEE*
NICOLE R. MCATEE
Attorneys for Defendants

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:22-CV-06745-JST

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Zachary D. Angulo, attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  May 2, 2023                        /s/ ZACHARY D. ANGULO
                                           Zachary D. Angulo

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation of Dismissal with Prejudice, **IT IS SO ORDERED.**

Dated:  May 4, 2023

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 3:22-CV-06745-JST